NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OSRAM SYLVANIA, INC.,**
*Plaintiff-Appellant,*

v.

**AMERICAN INDUCTION TECHNOLOGIES, INC.,**
*Defendant-Cross Appellant.*

---

2012-1091, -1135

---

Appeals from the United States District Court for the Central District of California in case no. 09-CV-8748, Judge Manuel L. Real.

---

## ON MOTION

---

## ORDER

Osram Sylvania, Inc. moves for leave to substitute Gregg F. LoCascio as principal counsel and to designate Steven M. Coyle as of counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Gregg F. LoCascio and Steven M. Coyle should promptly file entries of appearance with the new designations.

FOR THE COURT

JAN 1 9 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Glenn W. Trost, Esq.
Gregg F. LoCascio, Esq.
Steven M. Coyle, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 9 2012

JAN HORBALY
CLERK